Attachment A



Attachment B



Attachment C

